FILED
CLERK, U.S. DISTRICT COURT

NOV 24 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIGUEL MARTINEZ, )<br>)<br>Defendant. )<br>) | CASE NO. CR-19-0388-DMG<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the __Central District of California__ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. (✓) the safety of any person or the community.

2. The Court concludes:

    A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                                                                               Page 1 of 2

1  other persons or the community.  Defendant poses a risk to the
2  safety of other persons or the community based on:
3  _nature of the offense that forms the basis_
4  _of the petition_
5
6
7

8      B. (✓)  Defendant has failed to demonstrate by clear and convincing
9              evidence that he is not likely to flee if released.  Defendant poses
10             a flight risk based on: _nature of the offense that_
11             _forms the basis of the petition._
12
13
14
15

16     IT IS ORDERED that defendant be detained.
17
18
19
20  DATED: November 24, 2025            *Alicia G. Rosenberg*
                                        HONORABLE ALICIA G. ROSENBERG
21                                      UNITED STATES MAGISTRATE JUDGE

---

CR-94 (06/07)

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

Page 2 of 2